IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-00022-001 (CAR) |
| **ALAN SHANE CONRAD** | |

**ORDER**

On January 21, 2015, Conrad appeared before Your Honor and was sentenced to 120 months in the Bureau of Prisons followed by three years of supervised release after entering a guilty plea to the offense of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). On April 1, 2022, Conrad commenced the term of supervised release. On June 25, 2024, a *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 113) was filed with the Court alleging Conrad violated the terms of her supervised release. For good and sufficient cause shown to the Court, it is now ordered that the petition be dismissed.

SO ORDERED this 1 day of April, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE